## PAYNE *v.* MADIGAN, WARDEN.

No. 180.  Argued February 27, 1961.—Decided June 5, 1961.*

*Frederick M. Rowe*, acting under appointment by the Court, 364 U. S. 807, argued the cause for petitioners in both cases.  With him on the briefs was *Howard P. Willens*.

*Harold H. Greene* argued the cause for respondents in both cases.  With him on the brief were *Solicitor General Cox, Acting Assistant Attorney General Doar* and *David Rubin*.

PER CURIAM.

The judgments are affirmed by an equally divided Court.

MR. JUSTICE FRANKFURTER took no part in the consideration or decision of these cases.

---

* Together with No. 184, *Young* v. *United States,* on certiorari to the United States Court of Appeals for the Eighth Circuit.